## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| WILLIE JENNINGS, ] | |
| ] | |
| **Petitioner,** ] | |
| ] | |
| **v.** ] | Case No. 1:19-cv-00045-ACA-SGC |
| ] | |
| ATTORNEY GENERAL OF THE ] | |
| STATE OF ALABAMA, et al., ] | |
| ] | |
| **Respondents.** ] | |

## MEMORANDUM OPINION

This is an action on a *pro se* petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Willie Jennings. On April 11, 2019, the magistrate judge entered a report recommending this action be dismissed without prejudice for failure to prosecute. (Doc. 6). The magistrate judge further recommended a certificate of appealability be denied. (*Id.*). Although the Petitioner was advised of his right to file specific written objections within fourteen days, no objections have been received by the court.

After careful consideration of the record in this case, including the magistrate judge's report, the court **ADOPTS** the report of the magistrate judge and **ACCEPTS** her recommendations. Accordingly, this matter is due to be dismissed without prejudice for failure to prosecute. A certificate of appealability will be denied. A separate order will be entered.

The Clerk of Court is **DIRECTED** to serve a copy of this memorandum opinion and its accompanying order of dismissal on the Petitioner.

**DONE** and **ORDERED** this May 7, 2019.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE